Joseph C. Faucher, No. 137353
Brian D. Murray, No 294100
TRUCKER ✦ HUSS
A Professional Corporation
15821 Ventura Blvd., Suite 510
Los Angeles, California 91436
Telephone:   (213) 537-1016
Facsimile:    (213) 537-1020
E-mail:        jfaucher@truckerhuss.com
                bmurray@truckerhuss.com

Attorneys for Defendant
NORTHROP GRUMMAN CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN JOSEPH SUPEL, | Case No. 18-cv-2240-CAB RBB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| NORTHROP GRUMMAN HEALTH PLAN; NORTHROP GRUMMAN CORPORATION, a Delaware corporation; and UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiff Darin Joseph Supel ("Plaintiff") and defendant Northrop Grumman Corporation ("Defendant") hereby notify the Court that Plaintiff and Defendant have reached a settlement in principle as to the entire action.  Plaintiff and Defendant anticipate finalizing their written settlement agreement and filing a stipulated dismissal of this action as to all parties within the next fourteen (14) days.  In light of the pending settlement, Plaintiff and Defendant hereby request that all dates and deadlines be vacated pending the memorialization of the settlement in a written settlement agreement and pending the filing of a stipulated dismissal.

Respectfully submitted:

DATED: January 18, 2019          TRUCKER ✦ HUSS


By: /s/ Joseph C. Faucher
Joseph F. Faucher
Brian D. Murray

Attorneys for Defendants
NORTHROP GRUMMAN
CORPORATION


DATED: January 18, 2019          By: 
Darin Joseph Supel